UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KAMARA IRVING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   3:18CV42-PPS/MGG |
| | ) |
| HELVEY & ASSOCIATES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal of Plaintiff's Claims With Prejudice and Class Claim Without Prejudice. [DE 14.] The parties have stipulated to the dismissal of Plaintiff's claim against Defendants with prejudice and the claim of the purported class without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

ACCORDINGLY:

The parties' Joint Stipulation of Dismissal of Plaintiff's Claims With Prejudice and Class Claim Without Prejudice [DE 14] is GRANTED. The Plaintiff's claim against Defendants is DISMISSED WITH PREJUDICE. The claim of the purported class is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**.

ENTERED: May 7, 2018.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT